# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135391 & (24)(25)

SANDRA PETTINEO,
        Plaintiff-Appellee,

v

SC: 135391
COA: 281729
Oakland CC: 06-079417-NH

SCIENTIFIC IMAGE CENTER STAFFING,
INC., f/k/a SCIENTIFIC IMAGE CENTER
MANAGEMENT, INC., LIFESTYLE LIFT
HOLDING, INC., and LIFESTYLE LIFT
HOLDING II, INC.,
        Defendants,

and

DAVID M. KENT, D.O.,
        Defendant-Appellant.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED as moot.

MARKMAN, J., would stay the trial and remand this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2007

_____
Clerk

d1206